UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| WILLIAM ROBERT DIXON, | ) | CASE NO. 1:17 CV 2142 |
| | ) | |
| Petitioner, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | ORDER OF TRANSFER |
| WARDEN ED SHELDON, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner *pro se* William Robert Dixon, an inmate in state custody at the Mansfield Correctional Institution ("ManCI") in Mansfield, Ohio, brings this action for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner challenges the judgment of conviction entered by the Montgomery County Court of Common Pleas. Montgomery County is within Ohio's southern federal judicial district. ManCI is located within Ohio's northern federal judicial district. Because petitioner challenges the conviction of a state court within the Southern District of Ohio, but is in custody in the Northern District of Ohio, both districts have concurrent jurisdiction over the action. 28 U.S.C. § 2241(d).

This court has the discretion to transfer this action to the Southern District for hearing and

determination. *Id.* A transfer to the Southern District is appropriate in this case, because it is the more convenient forum and the evidence is more readily accessible in the district where petitioner was convicted. *See, Bell v. Watkins*, 692 F.2d 999, 1013 (5th Cir. 1982), *cert. denied*, 464 U.S. 843 (1983); *see also, Braden v. 30th Judicial Circuit Court of Ky.*, 410 U.S. 484, 497 n.13 (1973).

Accordingly, this action is hereby TRANSFERRED to the United States District Court for the Southern District of Ohio.

IT IS SO ORDERED.

Dated: October 12, 2017    *s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE